UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re: MARY ANN JACOBSON

    Chapter 13 Bankruptcy

    Case No. 16-21066 BEH

_____

**NOTICE AND MOTION TO DISMISS - UNCONFIRMED PLAN**
_____

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Mary Grossman, pursuant to 11 U.S.C. 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Debtor was not entitled to file this case because she had another Chapter 13 case, #16-20684 SVK, pending when she filed the case at hand. <u>In re Sidebottom,</u> 430 F.3d 893 (7th Cir. 2005).*

    ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, AND A COPY MAILED TO THE TRUSTEE, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.

    Dated February 25, 2016 at Milwaukee Wisconsin.

    /s/_____
Mary B. Grossman, Chapter 13 Standing Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943